**Tony ASBERRY, Plaintiff–Appellant,**

v.

**Alan HERNANDEZ, Associate Warden; et al., Defendants–Appellees.**

**No. 15–55256.**

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2016.*

Filed March 24, 2016.

Tony Asberry, Delano, CA, pro se.

Before: GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

## MEMORANDUM **

Tony Asberry, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs and denial of his right to access the courts. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992), and we affirm.

The district court did not abuse its discretion in dismissing Asberry's action after Asberry failed to file an amended com-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

plaint. *See id.* at 1260–61 (setting forth factors to consider before dismissing an action for failure to comply with a court order). For the first time on appeal, Asberry contends that he did not receive the district court's August 12, 2014 order granting him leave to amend his access-to-courts claim. Nevertheless, we affirm the district court's dismissal of Asberry's action because amendment would be futile.

AFFIRMED.